```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                          CASE NO. 05 B 38314
      JERRY ARNOLD HUDSON
      LINDA JEAN HUDSON                            CHAPTER 13

                                                   JUDGE: A. BENJAMIN GOLDGAR
              Debtor
      SSN XXX-XX-5662      SSN XXX-XX-8121


   -----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
   -----------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
   Final Report and Account of the administration of the estate pursuant to
   11 USC 1302(b)(1).

      1.  The case was filed on 09/19/05 and confirmed on 11/18/05.

      2.  The plan is paid in full.

      3.  The Debtor paid a total of $  66607.00 .

      4.  The Trustee made disbursements to creditors as follows:


   -----------------------------------------------------------------------------
   CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                   PAID           PAID
   -----------------------------------------------------------------------------
   WELLS FARGO HOME MORT      CURRENT MORTG    36330.00              .00        36330.00
   WELLS FARGO HOME MORT      MORTGAGE ARRE     3282.34              .00         3282.34
   CAPITAL ONE AUTO FINANCE   SECURED VEHIC     5443.00           524.43         5443.00
   CAPITAL ONE                UNSECURED          774.73              .00          774.73
   ROUNDUP FUNDING LLC        UNSECURED          683.05              .00          683.05
   ECAST SETTLEMENT CORPORA   UNSECURED          438.40              .00          438.40
   ECAST SETTLEMENT CORPORA   UNSECURED          619.35              .00          619.35
   RESURGENT CAPITAL SERVIC   UNSECURED          428.48              .00          428.48
   RADIO SHACK                UNSECURED        NOT FILED             .00              .00
   NUVELL CREDIT COMPANY LL   SECURED           4700.00           452.85         4700.00
   CAPITAL ONE AUTO FINANCE   UNSECURED - C         .00              .00              .00
   NUVELL CREDIT COMPANY LL   UNSECURED - C      880.16              .00          880.16
   CAPITAL ONE BANK           UNSECURED          803.16              .00          803.16
   CAPITAL ONE BANK           UNSECURED          410.27              .00          410.27
   CAPITAL ONE BANK           UNSECURED          602.84              .00          602.84
   ECAST SETTLEMENT CORPORA   UNSECURED         1072.29              .00         1072.29
   ROUNDUP FUNDING LLC        UNSECURED          925.14              .00          925.14
              Summary of disbursements:
   -----------------------------------------------------------------------------
                        SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
   -----------------------------------------------------------------------------
   TOTAL CLMS ALLOWED   49755.34         .00      6757.71       880.16      57393.21
   PRINCIPAL PAID       49755.34         .00      6757.71       880.16      57393.21
   INTEREST PAID          977.28         .00          .00          .00        977.28
   TOTAL PAID           50732.62         .00      6757.71       880.16      58370.49
   The Debtor's attorney, KENNETH S BORCIA & ASSOC         , was allowed $  2700.00
   and was paid $   2700.00 .

   The Trustee received $   2771.46 .

   Refunds to the Debtor totaled $    2765.05 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE